IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TRACEY M. SMITH,

      Appellant,

v.                                                            Case No.  5D21-2689
                                                             LT Case No. 2012-DR-013263-O
HOWARD M. SMITH,

      Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Orange County,
Julie H. O'Kane, Judge.

Ronald W. Sikes and Alan J. Bent,
of Sikes Law Group, PLLC,
Winter Garden, for Appellant.

Paul D. Shafranski, of Artemis
Family Law Group PLLC, Orlando,
for Appellee.


PER CURIAM.

    AFFIRMED.


COHEN, TRAVER and WOZNIAK, JJ., concur.